UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>AMY GARNISS<br><br>Debtor. | Chapter 11 (SubChapterV)<br>Case No. 26-11239-JEB |

**DEBTOR'S STATEMENT REGARDING CASH FLOW STATEMENT**

Debtor Amy Garniss (the "Debtor") does not prepare a cash flow statement for herself individually

Respectfully submitted this 4th day of June 2026.

AMY GARNISS

By her attorneys,

*/s/ David B. Madoff*
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts 02035
(508) 543-0040
madoff@mandkllp.com