UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>AMY GARNISS<br><br>Debtor. | Chapter 11 (SubChapterV)<br>Case No. 26-11239-JEB |

**SIGNED STATEMENT OF PROFESSIONAL PERSON**

I, Michael J. Rossi, hereby represent that, except as set forth in the foregoing application:

(1) Neither I nor any member of my firm holds or represents any interest adverse to the Debtor.

(2) My, and my firm's connections with the Debtor, its creditors, other parties in interest, its respective attorneys and accountants, the United States Trustee and any person employed in the office of the United States Trustee are: That I was employed by the Debtor to represent her in this matter prior to the filing.

(3) I and each member of my firm is a "disinterested person" as that term is defined in 11 U.S.C. Section 101(14).

(4) Pursuant to 11 U.S.C. § 1195, notwithstanding the provisions of 11 U.S.C. § 327(a), neither I nor any member of my firms holds a claim against the debtor in excess of $10,000 that arose prior to commencement of the case.

(5) I have not agreed to share compensation to be paid for services rendered in this case only with any party, other than members and regular associates of my firm.

(6) I have received no retainer in this case. Fees for my services will be paid by the Debtor's insurance company and not by the Debtor.

(7) I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstance related thereto.

(8) I have reviewed the provisions of MLBR 2016-1

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2026

Michael J. Rossi
Conn Kavanaugh Rosenthal Piesch & Ford, LLP
One Federal Street, 15th Floor
Boston, MA 02110
617-482-8200
mrossi@connkavanaugh.com