UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>AMY GARNISS<br><br>Debtor. | Chapter 11 (SubChapterV)<br>Case No. 26-11239-JEB |

**DEBTOR'S STATUS REPORT PURSUANT TO 11 U.S.C. § 1188(c)**

Debtor Amy Garniss (the "Debtor") submits the following Status Report pursuant to Section 1188(c) of the Bankruptcy Code, to detail the efforts made and to be made by the Debtor, to attain a consensual plan of reorganization.

## I. Introduction

1. On May 28, 2026 (the "Petition Date"), the Debtor filed a voluntary petition under Subchapter V of Chapter 11 of the Bankruptcy Code in this Court.

2. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to manage her financial affairs as a debtor-in-possession.

## II. Background

3. The Debtor is an individual who resides in Beverly, Massachusetts. She is a sole practitioner who operates a law firm in Beverly, Massachusetts. The Debtor's primary focus is on residential real estate transactions.

4. In February 2025, while conducting a closing for longtime clients Carol and Costa Makris, the Debtor was a victim of wire fraud, when she was defrauded by an online scammer into wiring over $700,000 in sale proceeds, intended for the Makrises, to the scammer.

5. On or about March 30, 2026, the Makrises filed a Complaint against the Debtor,

seeking over $2.3 million in damages, alleging, *inter alia*, malpractice, breach of contract and a violation of Mass. Gen. L. Ch. 93A. Because the Debtor's professional liability insurance did not cover cybercrime, the Debtor can no longer afford to defend the litigation. Attempts to resolve the matter prior to the Petition Date did not yield a settlement. Therefore, the Debtor has sought protection under the Bankruptcy Code.

6. The Debtor's plan will commit her net disposable income over five years to repay her creditors. In addition, the Debtor owns a one-half interest in a family vacation home in New Hampshire. The Debtor's plan will consider the liquidation value of that property, and the Debtor's other nonexempt assets, in determining the amount to be paid to creditors.

## III. Status

7. The Debtor, a sole practitioner, continues to manage her law practice. Except for the incident involving the Makrises, the Debtor was not experiencing financial difficulty. Therefore, she has continued to operate in much the same way, financially, albeit with extreme vigilance concerning cyber issues.

**Secured Creditors - Mortgagees**

8. The Debtor continues to pay her mortgages, which were never in arrears. Under her plan, the mortgage holders, Rocket Mortgage and US Bank, will be unimpaired and will be deemed to vote in favor of her plan for purposes of consensus. The Debtor does not anticipate speaking with the mortgage holders during the case.

**Secured Creditors – Carol and Costa Makris**

9. Carol and Costa Makris hold a judicial lien on the Debtor's residence. However, there does not appear to be a dispute that the lien is avoidable both because it impairs the Debtor's homestead exemption and because it was a preferential transfer. Nevertheless, the

Makrises hold the largest claim in the case and are the reason for the filing. Counsel for the Debtor has spoken with counsel for the Makrises on at least two occasions since the commencement of the case, and is hopeful that they can reach a consensual plan. The Makrises have asked for access to the Debtor's New Hampshire property for purposes of conducting their own appraisal, which the Debtor does not oppose. Also, the Makrises will be seeking relief from stay to pursue the Debtor's insurance carrier, which the Debtor also does not oppose.

**Trustee**

10. Debtor's counsel has also conferred with the Trustee, and the Trustee participated in the debtor's Section 341 meeting. The Trustee appears ready to assist with negotiations if needed.

Respectfully submitted this 7th day of July, 2026.

AMY GARNISS

By her attorneys,

*/s/ David B. Madoff*
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street
Foxboro, MA 02035
(508) 543-0040
madoff@mandkllp.com