UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>AMY GARNISS,<br><br>Debtors | Chapter 11<br>Case No. 26-11239-JEB |

**Proceeding Memorandum and Order**

**MATTER:**
#1 Chapter 11 Voluntary Petition Subchapter V

**Decision set forth more fully as follows:**
Status conference held on July 21, 2026.

Dated: July 22, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge