UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>AMY GARNISS,<br><br>Debtors | Chapter 11<br>Case No. 26-11239-JEB |

**Proceeding Memorandum and Order**

**MATTER:**
#26 Application filed by Debtor Amy L. Garniss to Employ Michael Rossi at Cohn Kavanaugh as Special Counsel

**Decision set forth more fully as follows:**
Hearing held on July 21, 2026. For the reasons set forth on the record, the Application is granted as follows.

1. The Debtor is authorized to retain Michael Rossi and Cohn Kavanaugh as special counsel to the Debtor ("Special Counsel") under Section 327(e) of the Code to render services in connection with the complaint before the Board of Bar Overseers, as more particularly described in the Application.

2. The employment of Special Counsel may not be terminated unless approved by the Court after appropriate notice.

3. Notwithstanding anything in the Application or engagement letter to the contrary, any disputes with Special Counsel shall be determined exclusively in this Court.

4. The Court waives the requirement for Special Counsel to file fee applications for any fees and expenses that are paid by the Debtor's liability insurance. If the insurer declines to pay such fees, then notwithstanding anything to the contrary in the Application or

engagement letter, payment of fees and expenses of Special Counsel from the Debtor shall be determined in accordance with Section 330 of the Code, subject to prior Court allowance and approval in accordance with the Code and the applicable Rules.

Dated: July 22, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge