UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>AMY L. GARNISS,<br><br>Debtor | Chapter 11<br>Case No. 26-11239-JEB |

**NOTICE OF UNITED STATES TRUSTEE'S SUGGESTED MODIFICATION TO SUBV PLAN**
**(WITH CERTIFICATES OF SERVICE AND CONFERENCE)**

William K. Harrington, the United States Trustee for Region 1, provides notice that he suggested a modification to the above-debtor's small business subV plan of reorganization (DE43) on August 26, 2026.

Specifically, he requested that the Debtor:

1. "[A]dd a digest of the debtor's post-petition financial performance that would ground the projections at DE43-1. The debtor bears the burden of demonstrating feasibility . . . ."

2. The Debtor's attorney agreed to make this change.

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
REGION 1

By: */s/ Eric K. Bradford*
Eric K. Bradford BBO#560231
Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109-3934
Phone: (202) 957-9873
Fax: (617) 565-6368
Eric.K.Bradford@usdoj.gov

Dated: August 31, 2026.

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2026, true and correct copies of the foregoing notice were served by CM/ECF only upon the individuals who filed notices of appearance in the Court's CM/ECF database.

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
REGION 1

By: */s/ Eric K. Bradford*
Eric K. Bradford BBO#560231
Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109-3934
Phone: (202) 957-9873
Fax: (617) 565-6368
Eric.K.Bradford@usdoj.gov

Dated: August 31, 2026.

**BY CM/ECF:**

Stephen S. Gray
ssg@grayandcompanyllc.com

Barry R. Levine on behalf of Creditor MENACHEM MENDEL BARBER
barry@levineslaw.com, kathy@levineslaw.com;r39812@notify.bestcase.com

David B. Madoff on behalf of Debtor Amy L. Garniss
madoff@mandkllp.com, alston@mandkllp.com

Shawn M Masterson on behalf of Creditor Wilmington Savings Fund Society, FSB, as Trustee, not in its individual capacity but solely as trustee for the Wells Fargo Mortgage Backed Securities 2021--INV1 Trust
smasterson@cohencleary.com, msilvernail@cohencleary.com

Kate E. Nicholson on behalf of Creditor Carol Makris
kate@nicholsondevine.com,
knicholson@ecf.courtdrive.com;admin@nicholsondevine.com;carolina@nicholsondevine.com;angelina@nicholsondevine.com;Nicholson.KateE.B113277@notify.bestcase.com

Kate E. Nicholson on behalf of Creditor Costas Makris
kate@nicholsondevine.com,
knicholson@ecf.courtdrive.com;admin@nicholsondevine.com;carolina@nicholsondevine.com;angelina@nicholsondevine.com;Nicholson.KateE.B113277@notify.bestcase.com

## CERTIFICATE OF CONFERENCE

I certify that on August 31, 2026, I exchanged emails with the Debtor's attorney, Steffani Pelton, Esq., who assented to the requested change.

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
REGION 1

By: */s/ Eric K. Bradford*
Eric K. Bradford BBO#560231
Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109-3934
Phone: (202) 957-9873
Fax: (617) 565-6368
Eric.K.Bradford@usdoj.gov

Dated: August 31, 2026.