09/28/2026 Granted.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>AMY L. GARNISS<br><br>Debtor. | Chapter 11 (SubChapterV)<br>Case No. 26-11239-JEB |

**MOTION TO MODIFY**
**DEBTOR'S CHAPTER 11 SUBCHAPTER V PLAN OF REORGANIZATION**

Debtor Amy L. Garniss (the "Debtor"), hereby moves, pursuant to 11 U.S.C. § 1193(a) and Fed. R. Bankr. P. 3019(a), to modify her Chapter 11 Subchapter V Plan of Reorganization dated August 26, 2026 (the "Plan"). The proposed modifications add information regarding the Debtor's pre-petition and post-petition financial performance, as requested by the Court and the United States Trustee. The modifications also add clarifying language to Section 6.4 of the Plan entitled "A Note About Other Purported Secured Claims - Costa and Carol Makris". The proposed modifications do not adversely affect any Class of creditors or other parties in interest. A copy of the Plan, as modified with redlined changes (the "Modified Plan"), is attached hereto as Exhibit "A". In support of this Motion, the Debtor states as follows:

**I. Background**

1. On May 28, 2026, the Debtor filed a petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code.

2. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtor continues to operate its business and manage its affairs as a debtor-in-possession.

3. On August 26, 2026, the Debtor, through counsel, filed the Plan.